**Eddie Thomas JACKSON,**
**Plaintiff—Appellant,**

v.

**Rusty PARRISH, each in his personal and official capacity; William C. Simmon, Sheriff, each in his personal and official capacity, Defendants—Appellees.**

No. 04–6470.

United States Court of Appeals, Fourth Circuit.

Submitted April 23, 2004.

Decided May 14, 2004.

Eddie Thomas Jackson, Appellant pro se. Andrew Foster McLeod, Harris & McLeod, Cheraw, South Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eddie Thomas Jackson appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jackson v. Parrish,* No. CA–02–1756–8–12 (D.S.C. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*